**PRESSURE SYSTEMS INTERNATIONAL INCORPORATED,**
Plaintiff–Appellant,

v.

**AIRGO IP, LLC, Airgo Systems, LLC, and Anthony Ingram,**
Defendants–Appellees,

and

**John Bradley, Defendant.**

No. 2011–1544.

United States Court of Appeals, Federal Circuit.

March 13, 2012.

Lawrence M. Hadley, Hennigan Dorman, LLP, of Los Angeles, CA, argued for plaintiffs-appellants. With him on the brief were Hazim Ansari and Mieke K. Malmberg.

Gregory C. Garre, Latham & Watkins, LLP, of Washington, DC, argued for defendant-appellee. On the brief were Richard G. Frenkel and Lisa K. Nguyen, Menlo Park, CA. of counsel was Richard P. Bess.

Before NEWMAN, REYNA, and WALLACH, Circuit Judges.

---

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See Fed. Cir. R. 36.*